JAMES & ASSOCIATES
BECKY S. JAMES (State Bar No. 151419)
RACHAEL A. ROBINSON (State Bar No. 313991)
23564 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: (310) 492-5104
Facsimile: (888) 711-7103
E-mail: BJames@JamesAA.com

Attorneys for Defendants
*Peter H. Pocklington, Terrence J. Walton, Robert A. VanEtten and AMC Holdings*
Attorneys for Relief Defendants
*Eva Pocklington, DTR Holdings, Cobra Chemical and Goldstar*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>PETER H. POCKLINGTON, LANSTON E. ELDRED, TERRENCE J. WALTON, YOLANDA C. VELAZQUEZ a/k/a LANA VELAZQUEZ a/k/a LANA PULEO, VANESSA PULEO, ROBERT A. VANETTEN, NOVA OCULUS PARNERS, LLC, f/k/a THE EYE MACHINE, LLC, and AMC HOLDINGS, LLC,<br><br>            Defendants.<br><br>EVA S. POCKLINGTON, DTR HOLDINGS, LLC, COBRA CHEMICAL, LLC, AND GOLD STAR RESOURCES, LLC.<br><br>            Relief Defendants. | Case No.: 5:18-cv-00701-JGB-SP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>ACTION FILED: AUGUST 13, 2014<br><br>Complaint Served: n/a<br>Request for Service of Summons: April 6, 2018<br>Current Response Date: June 5, 2018<br>New Response Date: July 5, 2018 |

STIPULATION

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Rule L.R. 8-3 of the Local Rules for the Central District of California, the undersigned parties hereby stipulate that the time for Defendants and Relief Defendants to file their respective responses to the initial complaint, which is currently due June 5, 2018, shall be extended by thirty (30) days, so that the new filing deadline shall be July 5, 2018.  This stipulation, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due, and need not be approved by the judge.

Attorney Becky James has obtained hard copy signatures from all undersigned parties and shall maintain same at her principal place of business.  Upon request, Attorney James shall provide said hard copy signatures to this court.

DATED THIS: 5th day of June, 2018

/s/ Becky James
BECKY JAMES
Attorneys for Defendants
*Peter H. Pocklington, Terrence J. Walton, Robert A. VanEtten and AMC Holdings*
Attorneys for Relief Defendants
*Eva Pocklington, DTR Holdings, Cobra Chemical and Goldstar*

/s/ David Aveni
DAVID J. AVENI
Attorneys for Defendants
*Lanston E. Eldred and Nova Oculus Partners, LLC, f/k/a The Eye Machine, LLC*.

/s/ Douglas Miller
DOUGLAS M. MILLER
Attorney for Plaintiff
*Securities and Exchange Commission*