DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        vs.<br><br>PETER H. POCKLINGTON, LANTSON E. ELDRED, TERRENCE J. WALTON, YOLANDA C. VELAZQUEZ a/k/a LANA VELAZQUEZ a/k/a LANA PULEO, VANESSA PULEO, ROBERT A. VANETTEN, NOVA OCULUS PARTNERS, LLC, f/k/a THE EYE MACHINE, LLC, and AMC HOLDINGS, LLC,<br><br>    Defendants.<br><br>EVA S. POCKLINGTON, DTR HOLDINGS, LLC, COBRA CHEMICAL, LLC, and GOLD STAR RESOURCES, LLC,<br><br>    Relief Defendants. | Case No.  5:18-cv-00701-JGB-SP<br><br>**ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON MOTION TO DISMISS COMPLAINT** |

1  The Court, having read and considered the Stipulation and Proposed Order
2  Regarding Hearing and Briefing Schedule on Motion to Dismiss Complaint jointly
3  submitted by Plaintiff Securities and Exchange Commission ("SEC"), defendants
4  Peter H. Pocklington, Lantson Eldred, Terrence J. Walton, Robert A. Vanetten, Nova
5  Oculus Partners, LLC, formerly known as the Eye Machine, LLC, AMC Holdings,
6  LLC, and relief defendants Eva S. Pocklington, DTR Holdings, LLC, Cobra
7  Chemical, LLC, and Gold Star Resources, LLC, hereby orders the following briefing
8  schedule with respect to the motions to dismiss complaint filed on July 5, 2018 (Dkt.
9  Nos. 27 and 29):

| FILING/HEARING | DATE |
|---|---|
| Opposition | August 13, 2018 |
| Reply | August 27, 2018 |
| Hearing | September 10, 2018 |

IT IS SO ORDERED.

DATED: July 18, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

1