# IN THE UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PETER H. POCKLINGTON, LANTSON ELDRED, TERRENCE J. WALTON, YOLANDA C. VELAZQUEZ a/k/a LANA VELAZQUEZ a/k/a LANA PULEO, VANESSA PULEO, ROBERT VANETTEN, NOVA OCULUS PARTNERS, LLC, f/k/a THE EYE MACHINE, LLC, and AMC HOLDINGS, LLC,<br><br>　　Defendants,<br><br>EVA S. POCKLINGTON, DTR HOLDINGS, LLC, COBRA CHEMICAL, LLC, and GOLD STAR RESOURCES, LLC.<br><br>　　Relief Defendants. | Case No. 5:18-cv-00701<br><br>[PROPOSED] ORDER GRANTING DEFENDANT WALTON'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)<br><br>Date:　December 3, 2018<br>Time:　9:00 a.m.<br>Court:　Courtroom 1<br>　　　　Honorable Jesus G. Bernal |

**[PROPOSED] ORDER**

The Motion to Dismiss filed by Defendant Terrence J. Walton in this matter came before this Court on regularly-scheduled hearing on December 3, 2018.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that Plaintiff Securities and Exchange Commission (the "SEC") has failed to state a claim upon which relief may be granted against Defendant Walton.

IT IS HEREBY ORDERED that Defendant Walton's Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED without leave to amend.

IT IS SO ORDERED.

DATED: _____

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE