1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email:  millerdou@sec.gov
KATHRYN C. WANNER (Cal. Bar No. 269310)
Email:  wannerk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PETER H. POCKLINGTON, LANTSON E. ELDRED, TERRENCE J. WALTON, YOLANDA C. VELAZQUEZ a/k/a LANA VELAZQUEZ a/k/a LANA PULEO, VANESSA PULEO, ROBERT A. VANETTEN, NOVA OCULUS PARTNERS, LLC, f/k/a THE EYE MACHINE, LLC, and AMC HOLDINGS, LLC,<br><br>　　　　　　Defendants.<br><br>EVA S. POCKLINGTON, DTR HOLDINGS, LLC, COBRA CHEMICAL, LLC, and GOLD STAR RESOURCES, LLC,<br><br>　　　　　　Relief Defendants. | Case No.  5:18-cv-00701-JGB-SP<br><br>**SECOND SUPPLEMENTAL JOINT REPORT ON STATUS OF SETTLEMENT DISCUSSIONS AND STIPULATION TO FURTHER CONTINUE RESPONSE TO INITIAL COMPLAINT** |

1.     Plaintiff Securities and Exchange Commission ("SEC") and Defendants Yolanda C. Velazquez ("Velazquez") and Vanessa Puleo ("Puleo") (collectively with the SEC, the "Parties"), by and through their undersigned counsel, submit this second supplemental joint report regarding the status of settlement discussions amongst the Parties and request that the Court further extend the deadline for Defendants Velazquez and Puleo to file their answer to the complaint from December 18, 2018 until January 4, 2019.

2.     The second supplemental joint report regarding settlement discussions and the reason for the further continuance are as follows:

a.     On November 13, 2018, the Parties filed a Supplemental Joint Report on Status of Settlement Discussions and Stipulation to Further Continue Response to Initial Complaint.  *See* Dkt. No. 56.

b.     In it, the Parties advised the Court that Defendants Velazquez and Puleo reached proposed settlements with SEC staff as to the claims against them and executed consent judgments consistent with those settlements, but that they still needed approval by the SEC Commissioners in Washington D.C.  The Parties explained that some of the delay in having the proposed settlements approved was due to the fact that revisions were made and defendant Puleo was out of the country, which was delaying her ability to re-execute the settlement documents.  The Parties anticipated the proposed settlements would be signed by defendant Puleo and reviewed by the Commission within the first two weeks in December 2018.

c.     However, the SEC did not receive signed copies of defendant Puleo's proposed settlement documents until December 7, 2018.  As a result, the earliest the SEC's Commissioners will be able to review the proposed settlement documents is December 20, 2018, and the Commissioners are currently scheduled to review them on that date.

d.     Accordingly, the SEC and Defendants Velazquez and Puleo jointly request that the time for Defendants Velazquez and Puleo to file an answer or

otherwise respond to the Second Amended complaint be extended from December 18, 2018 to January 4, 2019.  This will give the SEC Commissioners sufficient time to review and consider the proposed settlements and, assuming they are approved, the SEC sufficient time to file the executed consent judgments with the Court, taking into account the Holidays.


Dated:  December 17,  2018                                    Respectfully submitted,


                                                                    */s/ Douglas M. Miller*
                                                                    DOUGLAS M. MILLER
                                                                    Attorney for Plaintiff
                                                                    Securities and Exchange Commission



Dated:  December 17, 2018


                                                                    */s/ Sam Y. Edgerton, III*
                                                                    SAM Y. EDGERTON, III
                                                                    Attorney for Plaintiff
                                                                    Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On December 17, 2018, I caused to be served the document entitled **SECOND SUPPLEMENTAL JOINT REPORT ON STATUS OF SETTLEMENT DISCUSSIONS AND STIPULATION TO FURTHER CONTINUE RESPONSE TO INITIAL COMPLAINT**

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** on all the parties to this action addressed as stated on the attached service list:

☐     **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐     **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐     **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐     **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐     **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐     **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒     **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐     **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 17, 2018                    _/s/ Douglas M. Miller_
                                            Douglas M. Miller

1

*SEC v. Peter H. Pocklington, etc. et al*
**United States District Court—Central District of California**
**Case No.** 5:18-cv-00701-JGB-SP

## SERVICE LIST

Becky S. James, Esq. **(served by CM/ECF only)**
Jaya C. Gupta, Esq. **(served by CM/ECF only)**
Rachael A. Robinson, Esq. **(served by CM/ECF only)**
James & Associates
23564 Calabasas Road, Suite 201
Calabasas, CA 91302
Email:  bjames@jamesaa.com
      jgupta@jamesaa.com
      rrobinson@jamesaa.com
***Attorneys for Defendants Peter H. Pocklington, Terrence J. Walton, Robert A. Vanetten, Nova Oculus Partners, LLC (f/k/a the Eye Machine, LLC), AMC Holdings, LLC and Relief Defendants Eva S. Pocklington, DTR Holdings, LLC, Cobra Chemical, LLC, and Gold Star Resources, LLC***

Michael P. McCloskey, Esq. **(served by CM/ECF only)**
Wilson, Elser, Moskowitz, Edleman and Dicker
401 W. A Street, Suite 1900
San Diego, CA 92101-7908
Email:  michael.mccloskey@wilsonelser.com
***Attorneys for Defendant Lantson E. Eldred***

Sam Y. Edgerton, III **(served by CM/ECFonly)**
Johnny Lee Antwiler, II **(served by CM/ECF only)**
Freeman Mathis & Gary, LLP
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, CA 90254
Email:  sedgerton@fmglaw.com
      jantwiler@fmglaw.com
***Attorneys for Defendants Yolanda Velazquez and Vanessa Puleo***

2