DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email: millerdou@sec.gov
KATHRYN C. WANNER (Cal. Bar No. 269310)
Email: wannerk@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Eastern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>       vs.<br><br>PETER H. POCKLINGTON, LANTSON E. ELDRED, TERRENCE J. WALTON, YOLANDA C. VELAZQUEZ a/k/a LANA VELAZQUEZ a/k/a LANA PULEO, VANESSA PULEO, ROBERT A. VANETTEN, NOVA OCULUS PARTNERS, LLC, f/k/a THE EYE MACHINE, LLC, and AMC HOLDINGS, LLC,<br><br>            Defendants.<br><br>EVA S. POCKLINGTON, DTR HOLDINGS, LLC, COBRA CHEMICAL, LLC, and GOLD STAR RESOURCES, LLC,<br><br>            Relief Defendants. | Case No. 5:18-cv-00701-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Case No. 5:18-cv-00701-JGB-SP

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | IT IS SO ORDERED that Defendants Yolanda C. Velazquez and Vanessa |
| 3   | Puleo, pursuant to a stipulation with Plaintiff Securities and Exchange Commission, |
| 4   | have an extension of time through and including January 4, 2019, in which to answer |
| 5   | or otherwise respond to the Second Amended Complaint filed by Plaintiff. |
| 6   |     |
| 7   | DATED: December___, 2018 |
| 8   | HON. JESUS G. BERNAL<br>UNITED STATES DISTRICT JUDGE |