1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11  SECURITIES AND EXCHANGE
    COMMISSION,

12

13              Plaintiff,

14      v.

15  PETER H. POCKLINGTON,
    LANTSON E. ELDRED, TERRENCE
16  J. WALTON, YOLANDA C.
    VELAZQUEZ a/k/a LANA
17  VELAZQUEZ a/k/a LANA PULEO,
    VANESSA PULEO, ROBERT A.
18  VANETTEN, NOVA OCULUS
    PARTNERS, LLC, f/k/a THE EYE
19  MACHINE, LLC, and AMC
    HOLDINGS, LLC,
20

21              Defendants.

22  EVA S. POCKLINGTON, DTR
    HOLDINGS, LLC, COBRA
23  CHEMICAL, LLC, and GOLD STAR
    RESOURCES, LLC,
24

25              Relief Defendants.

26

27

28

Case No. 5:18-cv-00701-FLA (SPx)

**FINAL JUDGMENT AS TO RELIEF
DEFENDANT DTR HOLDINGS, LLC
[DKT. 179]**

# FINAL JUDGMENT AS TO DTR HOLDINGS, LLC

The Securities and Exchange Commission (the "Commission") having filed a Complaint and Relief Defendant DTR Holdings, LLC ("Relief Defendant") having entered a general appearance; consented to the court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is jointly and severally liable with Defendant Peter Pocklington and Relief Defendant Eva S. Pocklington for disgorgement of $103,192.00, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $15,514.00, for a total of $118,706.00. Relief Defendant shall satisfy this obligation by paying $118,706.00 to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this court; DTR Holdings, LLC as a defendant in this action; and

1   specifying that payment is made pursuant to this Final Judgment.

2       Relief Defendant shall simultaneously transmit photocopies of evidence of

3   payment and case identifying information to the Commission's counsel in this action.

4   By making this payment, Relief Defendant relinquishes all legal and equitable right,

5   title, and interest in such funds and no part of the funds shall be returned to Relief

6   Defendant.

7       The Commission shall hold the funds (collectively, the "Fund") until further

8   order of this court.  The SEC may propose a plan to distribute the Fund subject to the

9   court's approval, and the court shall retain jurisdiction over the administration of any

10  distribution of the Fund.

11      The Commission may enforce the court's judgment for disgorgement and

12  prejudgment interest by using all collection procedures authorized by law, including,

13  but not limited to, moving for civil contempt at any time after 30 days following entry

14  of this Final Judgment.  Relief Defendant shall pay post judgment interest on any

15  amounts due after 30 days of entry of this Final Judgment pursuant to 28 U.S.C.

16  § 1961.

17                                      **II.**

18      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the

19  Consent is incorporated herein with the same force and effect as if fully set forth

20  herein, and that Relief Defendant shall comply with all of the undertakings and

21  agreements set forth therein.

22                                     **III.**

23      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this court

24  shall retain jurisdiction of this matter for the purposes of enforcing the terms of this

25  Final Judgment.

26  / / /

27  / / /

28  / / /

**IV.**

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: May 9, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge

3