JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>        v.<br><br>PETER H. POCKLINGTON, et al.,<br><br>                    Defendants. | Case No. 5:18-cv-00701-FLA (SPx)<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

1  On May 9, 2022, the court entered Final Judgments on Consent as to Defendants Peter H. Pocklington, Terrence J. Walton, Robert A. Vanetten, The Eye Machine LLC, and AMC Holdings, LLC, and Relief Defendants Eva S. Pocklington, DTR Holdings, LLC, Cobra Chemical, LLC, and Gold Star Resources, LLC.  Dkts. 195-203.  As the court previously entered Judgments against Defendants Lantson Eldred, Yolanda C. Velazquez, and Vanessa Puleo, Dkts. 80-83, 109, Judgments have been entered as to all Defendants in this action.

Accordingly, the court ORDERS this action to be administratively closed.

IT IS SO ORDERED.

Dated: May 30, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge